IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JORGE RIVERA-GUADALUPE,** | : | **Civil No. 1:19-CV-1400** |
| **Plaintiff,** | : | |
| v. | : | |
| **JACOB PIERCE,** | : | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

# O R D E R

**AND NOW**, this 27th day of March 2023, upon consideration of Defendant Jacob Pierce's motion for judgment on the pleadings (Doc. 73), **IT IS HEREBY ORDERED** that the motion is **DENIED**.

**IT IS SO ORDERED.**

*s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge